

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00667-CV

**IN THE INTEREST OF Z.J.** and N.J., Children

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-PA-00579
Honorable Raul Perales, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's June 21, 2023 Final Order in Suit Affecting the Parent-Child Relationship and Order of Termination is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because he is presumed indigent under Texas Family Code section 107.013(e).

SIGNED December 20, 2023.

Beth Watkins, Justice